# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE SANTOYO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:16-cv-01403-SAB<br><br>ORDER RE STIPULATION FOR AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>(ECF No. 14) |

　　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff is awarded one thousand seven hundred and seven   dollars ($1,707.00) in attorney fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:   **July 20, 2017**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE